Dismissed and Memorandum Opinion filed October 28, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00652-CV

____________

 

INDUSTRIAL HOIST SERVICES, L.P., Appellant

 

V.

 

JERALD GRISWOLD, Appellee

 



 

On Appeal from the 239th District Court

Brazoria County, Texas

Trial Court Cause No. 42551

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 29, 2010.  On October 4, 2010, appellant
filed an unopposed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Sullivan.